```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 50436
    JUANITA M MCGEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1012


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 10/12/2005 and was confirmed 12/29/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 08/28/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
  AT&T CREDIT MANAGEMENT     UNSECURED       NOT FILED              .00            .00
  BALLYS TOTAL FITNESS       UNSECURED       NOT FILED              .00            .00
  COLLETECH                  UNSECURED       NOT FILED              .00            .00
  CORPORATE AMERICA FAMILY   UNSECURED          737.49              .00          68.45
  ROUNDUP FUNDING LLC        UNSECURED         2595.51              .00         240.90
  ROUNDUP FUNDING LLC        UNSECURED          905.57              .00          84.06
  DEBT CREDIT SERVICES       UNSECURED       NOT FILED              .00            .00
  CARDHOLDER SERVICES        UNSECURED         1189.40              .00         110.40
  KCA FINANCIAL SERVICES     UNSECURED       NOT FILED              .00            .00
  MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED              .00            .00
  MIDLAND FINANCE            UNSECURED       NOT FILED              .00            .00
  NELNET LOAN SERVICES INC   UNSECURED       NOT FILED              .00            .00
  MCSI                       UNSECURED          200.00              .00          15.52
  ISAC                       UNSECURED         9480.32              .00         879.90
  SM SERVICING               UNSECURED       NOT FILED              .00            .00
  US DEPT OF EDUCATION       UNSECURED        15593.71              .00        1447.30
  LVNV FUNDING SERVICES      UNSECURED         9033.98              .00         838.47
  JEFFREY S HARRIS           DEBTOR ATTY      2,474.00                         2,474.00
  TOM VAUGHN                 TRUSTEE                                             387.63
  DEBTOR REFUND              REFUND                                                3.30

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE              6,549.93

  PRIORITY                                       .00
  SECURED                                        .00
  UNSECURED                                 3,685.00
  ADMINISTRATIVE                            2,474.00
  TRUSTEE COMPENSATION                        387.63

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 50436 JUANITA M MCGEE
```

```
DEBTOR REFUND                                                     3.30
                                          ---------------   ---------------
TOTALS                                         6,549.93          6,549.93
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                      /s/ Tom Vaughn  
Dated: 11/20/08                              _____  
                                                     TOM VAUGHN  
                                                     CHAPTER 13 TRUSTEE